

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERNESTO MARTIN SUAREZ MORONES, | § | No. 08-23-00175-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| EL PASO COUNTY, TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022DCV1544) |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on Appellant's unopposed motion to dismiss. As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). Costs of the appeal are taxed against Appellant. TEX. R. APP. P. 42.1(d).

LISA J. SOTO, Justice

September 27, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.